# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **RAVGEN, INC.,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS,**<br><br>　　　　　　Defendant. | **CIVIL ACTION NO. 6:20-CV-00969-ADA**<br><br>**JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case will be governed by the following amended schedule:

| Prior Joint Schedule (Dkt. 40) | Parties' New Proposal | Event |
|---|---|---|
| September 15, 2021 | September 20, 2021 | *Markman* hearing. |
| September 16, 2021 | September 21, 2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a) |
| October 21, 2021 | November 1, 2021 | Deadline to add parties. |
| November 4, 2021 | December 22, 2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| October 26, 2021 | February 11, 2022 | Deadline for Ravgen to serve Final Infringement Contentions. After this date, leave of Court is required for any amendment to Infringement contentions. This |

1

| **Prior Joint Schedule (Dkt. 40)** | **Parties' New Proposal** | Event |
|---|---|---|
| | | deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| October 26, 2021 | February 11, 2022 | Deadline for LabCorp to serve Final Invalidity Contentions. After this date, leave of Court is required for any amendment to Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| January 4, 2022 | March 17, 2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| January 27, 2022 | April 7, 2022 | Close of Fact Discovery. |
| February 10, 2022 | April 21, 2022 | Opening Expert Reports. |
| March 10, 2022 | May 19, 2022 | Rebuttal Expert Reports. |
| March 31, 2022 | June 9, 2022 | Close of Expert Discovery. |
| April 7, 2022 | June 16, 2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the |

| Prior Joint Schedule (Dkt. 40) | Parties' New Proposal | Event |
|---|---|---|
| | | parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| April 14, 2022 | June 23, 2022 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| April 28, 2022 | July 13, 2022 | Serve Pretrial Disclosures (jury instructions, exhibit list, witness lists, discovery and deposition designations). |
| May 12, 2022 | July 22, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| N/A | July 25, 2022 | Parties to email the Court's law clerk to confirm pretrial and trial dates. |
| May 19, 2022 | July 29, 2022 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| May 26, 2022 | August 5, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| June 2, 2022 | August 11, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript |

| Prior Joint Schedule (Dkt. 40) | Parties' New Proposal | Event |
|---|---|---|
| | | or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| June 13, 2022 | August 22, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| June 16, 2022 | August 25, 2022 | Final Pretrial Conference. |
| July 11, 2022 | September 19, 2022 | Jury Selection/Trial. |

ORDERED this 28th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE