IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>                Defendant. | Civil Action No. 6:20-CV-00969-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS'
MOTION TO EXCLUDE OPINIONS OF PAUL K. MEYER**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendant Laboratory Corporation of America Holdings ("Labcorp") hereby moves to exclude the opinions of Plaintiff Ravgen, Inc.'s damages expert, Paul K. Meyer, as improper and unreliable.

The grounds for the instant motion are set forth in the concurrently filed Opening Brief in Support of Labcorp's Motion to Exclude Opinions of Paul K. Meyer.

Dated: June 30, 2022

Respectfully submitted,

By: */s/ Olivia M. Kim*
Aden M. Allen
Texas Bar No. 24064808
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512-338-5400
Facsimile: 512-338-5499
aallen@wsgr.com

Edward G. Poplawski
Admitted *pro hac vice*
Olivia M. Kim
Admitted *pro hac vice*
Erik J. Carlson
Admitted *pro hac vice*
Naoya Son
Admitted *pro hac vice*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com
nson@wsgr.com

Matias Ferrario
Admitted *pro hac vice*
Nicole L. Regna
Admitted *pro hac vice*
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 734-2651
mferrario@kilpatricktownsend.com
nregna@kilpatricktownsend.com

Peter J. Chassman (SBN 00787233)
Admitted *pro hac vice*
Hallie H. Wimberly (SBN 24106587)
Admitted *pro hac vice*
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
pchassman@reedsmith.com
hwimberly@reedsmith.com

*Attorneys for Defendant Laboratory Corporation of America Holdings*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 30, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system.

                                                          */s/ Olivia M. Kim*
                                                          Olivia M. Kim