**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| RAVGEN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendant. | Civil Action No. 6:20-CV-00969-ADA <br><br> JURY TRIAL DEMANDED |

**EXHIBIT E TO DEFENDANT LABCORP'S OPPOSITION TO PLAINTIFF
RAVGEN, INC.'S MOTIONS *IN LIMINE***

Dated: August 5, 2022                                   Respectfully submitted,

                                                   By:  /s/ Olivia M. Kim
                                                        Aden M. Allen
                                                        Texas Bar No. 24064808
                                                        **WILSON SONSINI GOODRICH & ROSATI**
                                                        Professional Corporation
                                                        900 South Capital of Texas Highway
                                                        Las Cimas IV, Fifth Floor
                                                        Austin, Texas 78746-5546
                                                        Telephone: 512-338-5400
                                                        Facsimile: 512-338-5499
                                                        aallen@wsgr.com

                                                        Edward G. Poplawski
                                                        Admitted *pro hac vice*
                                                        Olivia M. Kim
                                                        Admitted *pro hac vice*
                                                        Erik J. Carlson
                                                        Admitted *pro hac vice*
                                                        Naoya Son
                                                        Admitted *pro hac vice*
                                                        **WILSON SONSINI GOODRICH & ROSATI**
                                                        Professional Corporation
                                                        633 West Fifth Street, Suite 1550
                                                        Los Angeles, CA 90071
                                                        Telephone: (323) 210-2900
                                                        Facsimile: (866) 974-7329
                                                        epoplawski@wsgr.com
                                                        okim@wsgr.com
                                                        ecarlson@wsgr.com

                                                        Matias Ferrario
                                                        Admitted *pro hac vice*
                                                        Nicole L. Regna
                                                        Admitted *pro hac vice*
                                                        **KILPATRICK TOWNSEND & STOCKTON LLP**
                                                        1001 West Fourth Street
                                                        Winston-Salem, NC 27101-2400
                                                        Telephone: (336) 607-7300
                                                        Facsimile: (336) 734-2651
                                                        mferrario@kilpatricktownsend.com

                                                        Peter J. Chassman (SBN 00787233)
                                                        Admitted *pro hac vice*
                                                        Hallie H. Wimberly (SBN 24106587)

Admitted *pro hac vice*
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
pchassman@reedsmith.com
hwimberly@reedsmith.com

*Attorneys for Defendant Laboratory Corporation of America Holdings*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 5, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system.

                                                */s/ Olivia M. Kim*
                                                Olivia M. Kim