**FILED**
September 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Jennifer Clark____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

RAVGEN, INC. §
§
vs. § NO: WA:20-CV-00969-ADA
§
LABORATORY CORPORATION OF §
AMERICA HOLDINGS, LABORATORY §
CORPORATION OF AMERICA
HOLDINGS, RAVGEN, INC.

## JURY NOTE #1

The foreperson is: ████████████████████ _____

████████████████████
FOREPERSON

RESPONSE:

DATE: __09/23/2022__ TIME: __10:40__

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

10:42 a.m.
9/23/22