UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
September 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

RAVGEN, INC.

vs.

LABORATORY CORPORATION OF AMERICA HOLDINGS, LABORATORY CORPORATION OF AMERICA HOLDINGS, RAVGEN, INC.

NO: WA:20-CV-00969-ADA

JURY NOTE NUMBER 2

WE HAVE REACHED OUR VERDICT.

[redacted]
PRESIDING JUROR

09/23/2022   14:20
DATE and TIME

* * * * * * * * * *
COURT'S RESPONSE:

~~ALAN D ALBRIGHT~~ Derek T. Gilliland
UNITED STATES DISTRICT JUDGE

9/23/2022   14:30
DATE and TIME