FILED
September 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Jennifer Clark____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>　　　　　　　　Defendant. | Civil Action No. 6:20-CV-00969-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT PROPOSED VERDICT FORM

In answering the following questions, please follow the directions provided throughout the Verdict Form. Your answer to each question must be **unanimous**. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to and consider the Jury Instructions as you answer these questions in the Verdict Form.

*[signature]*
14:38
9/23/2022

As used herein, "Ravgen" refers to plaintiff Ravgen, Inc. and "Labcorp" refers to defendant Laboratory Corporation of America Holdings. As used herein, "the '277 Patent" means U.S. Patent Number 7,332,277.

## INFRINGEMENT

**QUESTION 1:** Did Ravgen prove by a preponderance of the evidence that Labcorp infringed claim 132 of the '277 Patent?

Answer "YES" or "NO."
"YES" is a finding for <u>Ravgen</u>. "NO" is a finding for <u>Labcorp</u>.

YES ✓        NO ___

## DAMAGES (ONLY IF APPLICABLE)

**Only answer Question 2 if you answered: (1) "YES" to Question 1.**

**QUESTION 2:** What is the amount of damages you find Ravgen has proven by a preponderance of the evidence for Labcorp's infringement of claim 132 of the '277 Patent?

$ __272,497,400.00__

## WILLFULNESS (ONLY IF APPLICABLE)

Only answer Question 3 if you answered: (1) "YES" to Question 1.

**QUESTION 3:** Did Ravgen prove by a preponderance of the evidence that Labcorp willfully infringed claim 132 of the '277 Patent?

Answer "YES" or "NO."
"YES" is a finding for **Ravgen**. "NO" is a finding for **Labcorp**.

YES ✓      NO ___

You have now reached the end of the Verdict Form and you should review it to ensure that it accurately reflects your **unanimous** determinations. After you are satisfied that your **unanimous** answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this 23rd day of September 2022.

_____
Jury Foreperson